

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2014

No. 04-14-00435-CV

**IN THE INTEREST OF J.R.P.,** Et al., Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01799
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant J.R. sought to appeal an order terminating her parental rights to her children. The order was signed on June 3, 2014. Because the order did not dispose of all parties and causes of action, the order was not a final, appealable order. Therefore, we ordered appellant to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. On July 23, 2014, appellant filed a response to our show cause order. Attached to the response was a copy of a severance order, severing the remaining parties and causes of action from the underlying cause and assigning them a new trial court cause number. In light of the severance order, the order terminating J.R.'s parental rights is a final, appealable order as of July 22, 2013.

We, therefore, ORDER this appeal RETAINED on our docket. Our previous order suspending all appellate deadlines is WITHDRAWN. **The reporter's record is due on August 1, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court